[No. 12027.   Department Two.   June 6, 1914.]

C. R. ZENER, *Appellant*, v. HANS J. SMITH, *as City Clerk, Respondent.*[1]

Appeal from a judgment of the superior court for Chelan county, Pendergast, J., entered April 16, 1914, dismissing an action for an injunction, upon sustaining a demurrer to the complaint. Affirmed.

*Williams & Corbin*, for appellant.

*Fred Kemp* and *E. L. Baker*, for respondent.

*Whitney & Hughes* and *Sam R. Sumner*, for intervener.

PER CURIAM.—Our decision in *Pybus v. Smith, ante* p. 65, 141 Pac. 203, is controlling of the question involved in this case. For the reasons there assigned, the judgment in this case is affirmed.